**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

CHELSEA HOTEL OWNER LLC, IRA DRUKIER, RICHARD BORN, and SEAN MACPHERSON,

       Plaintiffs,

  - against -

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF HOUSING PRESERVATION & DEVELOPMENT, MARTHA ANN WEITHMAN, in her official capacity as Assistant Commissioner of the New York City Department of Housing Preservation & Development and NEW YORK CITY DEPARTMENT OF BUILDINGS,

       Defendants.
------------------------------------------------------------ X

Civil Action No._____

**RULE 7.1 STATEMENT**

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Chelsea Hotel Owner, LLC, a private non-governmental party, certifies that it has no corporate parents, affiliates, and/or subsidiaries which are publicly held.

2

Dated: May 4, 2021
      New York, New York

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: */s/ Jennifer S. Recine*
      Jennifer S. Recine
      Thomas Kelly
      Gary W. Dunn
      Jill L. Forster
      1633 Broadway
      New York, New York 10019
      Tel.: (212) 506-1700
      Fax: (212) 506-1800

*Attorneys for Plaintiffs*