UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al

                    Plaintiffs,

    - against -

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the conference held on January 20, 2022, Defendants' application for a stay of discovery pending determination of their motion to dismiss is granted in part and denied in part. The parties shall serve initial disclosures, document requests, and interrogatories (if any). The parties shall meet and confer to determine the dates of those events. Absent further court order, all other discovery, including responses to the requests to be served, is stayed pending determination of the motion to dismiss.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: January 20, 2022
        New York, New York

Copies transmitted this date to all counsel of record.