USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

CHELSEA HOTEL OWNER LLC et al,

                    Plaintiffs,

      - against -

CITY OF NEW YORK et al,

                    Defendants.

-------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As set forth on the record at the discovery conference held on September 12, 2023:

1.  Defendant's motion to quash the subpoena to Ms. Rand is DENIED.

2.  Plaintiff's motion to compel production of documents (including ESI) dating prior to 2018 is GRANTED IN PART to the extent that (a) Defendant shall search for and produce communications – about the relevant consent decrees – for which Ms. Rand was recipient (whether direct, "cc", or "bcc") or sender; and (b) the files to be searched are those for which Ms. Rand was the custodian, but if that search proves ineffective, the files shall be searched for which the custodian was Ms. Rand's co-signee of the consent decrees.

3.  The discovery scheduled is modified as follows:

| Event | Date |
|---|---|
| City's production of all responsive, non-privileged documents from the Remaining Initial Collection and What's App messages | Oct. 1, 2023 |
| City's production of a privilege log for the completed document production | Oct. 15, 2023 |

| Service of requests to admit | Nov. 15, 2023 |
| --- | --- |
| Fact depositions completed | Dec. 15, 2023 |
| Fact discovery completed | Dec. 15, 2023 |
| Plaintiffs' opening expert report(s) | Jan. 4, 2024 |
| Defendant's rebuttal expert report(s) | Feb. 11, 2024 |
| Expert discovery completed | Mar. 15, 2024 |
| End of all discovery | Mar. 15, 2024 |
| Summary Judgment Motions | See Para. 12 of initial scheduling order |
| Pretrial Submissions | See Para. 13 of initial scheduling order |

4.  By October 1, 2023, Defendant shall file a letter reporting on status of production of the pre-2018 documents required to be produced by the instant order.

The Clerk of Court is respectfully requested to terminate the motions at Dkts. 67, 68, 71, and 73.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2023
       New York, New York

Copies transmitted this date to all counsel of record.