USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHELSEA HOTEL OWNER LLC et al,

               Plaintiffs,

  - against -

CITY OF NEW YORK et al,

               Defendants.

------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      This order resolves Plaintiffs' letter motion at Dkt. 78 to compel Defendant to produce all Consent Decree documents, including paper documents, by October 27, 2023, and to produce a corresponding privilege log by November 3, 2023. In its response (Dkt. 79), Defendant has committed to meet the October 27, 2023 deadline and requested that the November 3, 2023 date for the privilege log be extended to November 6, 2023. That request is more than reasonable and will not prejudice Plaintiffs. Accordingly, Plaintiffs' letter motion is granted in part. Defendant shall produce all Consent Decree documents, including paper documents, by October 27, 2023, and shall produce a corresponding privilege log by November 6, 2023.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 78.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2023
      New York, New York
Copies transmitted this date to all counsel of record.