```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,

                         Plaintiffs,

    - against -

CITY OF NEW YORK et al,

                         Defendants.
------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This order resolves the Defendant's motion to compel further deposition testimony from Richard Born. By November 21, 2023, Plaintiff shall provide in writing the page and line numbers of Mr. Born's deposition testimony that Plaintiff agrees to designate as 30(b)(6) deposition testimony. By November 28, 2023, Defendant shall identify in writing to Plaintiff subjects on which Plaintiff believes it has not received adequate 30(b)(6) testimony so that Plaintiff may identify an appropriate corporate representative witness to testify on the remaining areas of questioning.

       The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 84.

                                                SO ORDERED.

                                                _____
                                                ROBERT W. LEHRBURGER
                                                UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2023
       New York, New York

Copies transmitted this date to all counsel of record.