```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,

                  Plaintiffs,

   - against -

CITY OF NEW YORK et al,

                  Defendants.
-------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     This order resolves Plaintiff's letter motion at Dkt. 83 challenging Defendant's privilege designations. The motion is denied without prejudice as premature in light of the representations made by Defendant regarding its agreement to reconsider certain designations. (See Dkt. 86.) Plaintiff may renew its application after the parties have completed the meet and conferral process and narrowed the items and issues in dispute.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2023
       New York, New York

Copies transmitted this date to all counsel of record.