```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____                │
│ DATE FILED:  12/18/2023              │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,          :
                                        :       21-CV-3982 (ALC) (RWL)
                    Plaintiffs,         :
                                        :
        - against -                     :       **ORDER**
                                        :
CITY OF NEW YORK et al,                 :
                                        :
                    Defendants.         :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        This order resolves Plaintiff's letter motion at Dkt. 96 to quash the subpoena served

on Jon Credendino.  Based on Defendant's response at Dkt. 98, Defendant has withdrawn

its request for documents pursuant to the subpoena, except for the request for any

contract or agreement to retain or hire Mr. Credendino by Plaintiff or their representatives

or agents.  (Dkt. 98 at 2.)  With that modification to the subpoena, the motion to quash is

denied (including with respect to its requiring deposition testimony, which may proceed).

        The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 96.


                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: December 18, 2023
       New York, New York


Copies transmitted this date to all counsel of record.