```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,           :
                                         :       21-CV-3982 (ALC) (RWL)
                        Plaintiffs,      :
                                         :
        - against -                      :       ORDER
                                         :
CITY OF NEW YORK et al,                  :
                                         :
                        Defendants.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

At the discovery conference held in court on February 27, 2024, the Court resolved numerous discovery disputes, including:

1. The City's motion at Dkt. 120 for the Court to issue a so-ordered subpoena to Vema Group LLC is granted. The subpoena as submitted to the Court is outdated. Accordingly, by March 4, 2024, Defendant shall file with the Court an updated subpoena for the Court to so-order.

2. Plaintiff's motion to seal at Dkt. 119 is denied.

3. Plaintiff's motion for further 30(b)(6) testimony from witnesses Desai and Weitham is denied.

4. Expert discovery is extended by four weeks solely for purposes of Plaintiff's securing an expert to replace its previous policy-practice expert.

5. The Court has reserved judgment on Plaintiff's application to compel complete responses to interrogatories as identified in Dkt. 118.

6. All other rulings and reasoning as per the record of the proceedings.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkt. 118, 119, 120, 125, 126, 127.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 28, 2024
New York, New York

Copies transmitted this date to all counsel of record.