UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHELSEA HOTEL OWNER LLC et al,

                Plaintiffs,

  - against -

CITY OF NEW YORK et al,

                Defendants.

------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 4/8/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      For the reasons stated at the discovery conference held via Microsoft Teams on April 8, 2024, and as ordered thereat, Defendant City of New York (the "City") shall produce to Plaintiff all documents regarding, for any time between July 2018 and January 2021, (1) what the City knew about the SROMD status of the Hotel and when the City acquired that knowledge, and (2) what, if any, inquiry, review, or investigation the City conducted of the SROMD status of the Hotel, regardless of whether the document is a privileged communication or attorney work product.  "SROMD status" includes but is not limited to any exemption. The City is not required to produce information reflecting litigation strategy.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 8, 2024
       New York, New York

Copies transmitted this date to all counsel of record.