```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHELSEA HOTEL OWNER LLC et al,

                     Plaintiffs,

    - against -

CITY OF NEW YORK et al,

                     Defendants.

------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed at the conference held via Microsoft Teams on April 8, 2024, the expert discovery schedule is extended by two weeks as follows:

1. Plaintiff's report of its "DOB" expert shall be due April 26, 2024.

2. Defendant's rebuttal expert report shall be due May 8, 2024.

3. Expert discovery shall be completed by May 29, 2024.

                                    SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2024
       New York, New York

Copies transmitted this date to all counsel of record.