UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,

               Plaintiffs,

  - against -

CITY OF NEW YORK et al,

               Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2024

21-CV-3982 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Having reviewed the relief requested herein and Defendant's response at Dkt. 158, Plaintiff's request is granted in part and denied in part. On one hand, the Defendant has been non-committal about the timing for producing the documents falling within the portions of the Court's waiver order to which Defendant did not object. Defendant's representation that it "anticipates producing documents" by the end of the week hardly provides assurance that all documents to be produced will be produced then or that any production will take place when "anticipated." The Court understands Plaintiff's frustration. On the other hand, Plaintiff appears to have jumped the gun and overstates the matter, asserting that "Defendant refuses to produce these documents." (Dkt. 157 at 1.) Accordingly, no later than May 8, 2024, to the extent not already completed, Defendant shall produce all communications or documents falling within the portions of the waiver order to which it did not object. Plaintiff's request for sanctions is denied.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2024
       New York, New York

Copies transmitted this date to all counsel of record.