USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHELSEA HOTEL OWNER LLC, IRA DRUKIER, RICHARD BORN, and SEAN MACPHERSON,

Plaintiffs,

vs.

CITY OF NEW YORK,

Defendant.

**STIPULATION AND ORDER REGARDING DISCOVERY SCHEDULE**

Case No. 21-cv-3982 (ALC) (RWL)

WHEREAS, on November 3, 2022, the Court entered the Civil Case Management Plan and Scheduling Order (ECF No. 48);

WHEREAS, on March 24, 2023, the Court entered an order extending certain discovery deadlines in the Scheduling Order (ECF No. 60);

WHEREAS, on May 3, 2023, the Court entered the Stipulation and Order Regarding Discovery Schedule extending certain deadlines in the Scheduling Order (ECF No. 65);

WHEREAS, on September 12, 2023, the Court entered an order extending certain deadlines in the Scheduling Order (the “Third Amended Scheduling Order,” ECF No. 76);

WHEREAS, on December 8, 2023, the Court entered the Stipulation and [Proposed] Order Regarding Discovery Schedule extending certain deadlines in the Scheduling Order (the “Fourth Amended Scheduling Order,” ECF No. 94);

WHEREAS, on February 5, 2024, the Court entered an order extending certain deadlines in the Scheduling Order (the “Fifth Amended Scheduling Order,” ECF No. 116);

WHEREAS, on April 8, 2024, the Court entered an order extending certain deadlines in the Scheduling Order (the “Sixth Amended Scheduling Order,” ECF No. 150);

WHEREAS, Defendant's experts are not available for a deposition prior to the deadline for expert discovery set forth in the Sixth Amended Scheduling Order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for Plaintiffs and Defendant, that good cause exists for the deadlines set forth in the Sixth Amended Scheduling Order to be amended and supplemented as follows:

| | **Fifth Amended Scheduling Order** | **New Proposed Deadlines** |
|---|---|---|
| Expert Discovery Completed | 5/29/24 | 6/14/24 |
| End of all discovery | 5/29/24 | 6/14/24 |
| Summary Judgment Motions | See paragraph 12 of the Scheduling Order | See paragraph 12 of the Scheduling Order |
| Pretrial Submissions | See paragraph 13 of the Scheduling Order | See paragraph 13 of the Scheduling Order |

Dated: May 20, 2024
New York, New York

KING & SPALDING, LLP
By: Jennifer Recine, Esq.
Attorney for Plaintiffs
1185 Avenue of the Americas
New York, NY 10036
Tel: (212) 790-5305

Edward Murray

HON. SYLVIA O. HINDS-RADIX
By: Edward Murray, Esq.
Attorney(s) for Defendant
100 Church Street
New York, NY 10007
Tel: (212) 356-2620

SO ORDERED:

This 21st day of May, 2024.

Hon. Robert W. Lehrburger
United States Magistrate Judge