UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,

                Plaintiffs,

  - against -

CITY OF NEW YORK et al,

                Defendants.
------------------------------------------------------------X

21-CV-3982 (ALC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves Defendant's letter motion at Dkt. 164 to (1) compel Plaintiff to produce a report of expert Robert LiMandri from another case; and (2) defer filing pre-motion for summary judgment letters until resolution of Defendant's objections to certain privilege rulings.

    The request to compel is DENIED; in addition to the procedural defects noted by Plaintiff, and notwithstanding some general factual parallels, the report being sought was made in connection with litigation in Texas on behalf of the City of Kerrville, Texas, whereas Mr. LiMandri's report in the instant case involves laws, regulations, rules, and record-keeping systems specific to New York.

    The request to defer filing pre-motion for summary judgment letters pending determination of Defendant's objections is DENIED as moot; Defendant filed a pre-motion for summary judgment letter on June 14, 2024. (Dkt. 167.)

    The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 164.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 17, 2024
       New York, New York

Copies transmitted this date to all counsel of record.