UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

CHELSEA HOTEL OWNER LLC et al.,

                Plaintiffs,

    -against-

CITY OF NEW YORK et al.,

                Defendants.

-------------------------------------------------------- x

1:21-cv-03982 (ALC) (RWL)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Plaintiffs' letter regarding outstanding objections to discovery rulings. ECF No. 181. The Court **STAYS** the deadlines for Defendants' motion for summary judgment until it rules on these objections. ECF No. 180.

**SO ORDERED.**

Dated:    December 10, 2024
               New York, New York

                                               **ANDREW L. CARTER, JR.**
                                               United States District Judge