Granted.

SO ORDERED:

3/21/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CHELSEA HOTEL OWNER LLC; IRA DRUKIER; RICHARD BORN; and SEAN MACPHERSON

                    Plaintiffs,

    v.

CITY OF NEW YORK,

                    Defendant.

Case No. 21-cv-3982(ALC) (RWL)

**MOTION FOR WITHDRAWAL OF APPEARANCE**

---

    **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Sean M. Sigillito moves to withdraw his appearance as counsel of record for Plaintiffs CHELSEA HOTEL OWNER LLC, IRA DRUKIER, RICHARD BORN, and SEAN MACPHERSON ("Plaintiffs") in the above-captioned action.

    As of March 21, 2025, Sean M. Sigillito will no longer be affiliated with the law firm King & Spalding LLP. Jennifer S. Recine, and Amy K. Nemetz of the law firm King & Spalding LLP will remain as counsel of record for Plaintiffs.

Dated: March 20, 2025  KING & SPALDING LLP
      New York, NY

By:   <u>*/s/ Sean M. Sigillito*</u>
     Sean M. Sigillito

     1185 Avenue of the Americas
     New York, New York 10036
     Telephone: (212) 556-2100
     Facsimile: (212) 556-2222
     ssigillito@kslaw.com

     *Attorney for Plaintiffs*
     *Chelsea Hotel Owner LLC, Ira Drukier,*
     *Richard Born, Sean MacPherson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March 2025, I caused the foregoing to be served on all counsel of record by ECF and on Plaintiffs CHELSEA HOTEL OWNER LLC, IRA DRUKIER, RICHARD BORN, and SEAN MACPHERSON by email.

|  |  |
|---|---|
| By: | */s/ Sean M. Sigillito* |
|  | Sean M. Sigillito |
|  |  |
|  | 1185 Avenue of the Americas |
|  | New York, New York 10036 |
|  | Telephone: (212) 556-2100 |
|  | Facsimile: (212) 556-2222 |
|  | ssigillito@kslaw.com |