**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

CHELSEA HOTEL OWNER LLC, et al.,

                    **Plaintiffs,**

      **-against-**

CITY OF NEW YORK,

                   **Defendant.**

------------------------------------------------------------ x

      **1:21-cv-03982 (ALC) (RWL)**

      **ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On December 10, 2024, the Court stayed all pending deadlines for Defendant's motion for summary judgment until the Court ruled on the outstanding objections. ECF No. 182. Having issued its Order and Opinion overruling the objections earlier today, the Court lifts this stay. *See* ECF No. 186. Unless the parties jointly submit an alternative, the Court sets the following briefing schedule:

    Defendant's opening brief due by **April 11, 2025**

    Plaintiffs' opposition brief due by **May 2, 2025**

    Defendant's reply brief due by **May 16, 2025**

**SO ORDERED.**

**Dated:**    **March 21, 2025**
           **New York, New York**

                              **ANDREW L. CARTER, JR.**
                              **United States District Judge**