UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al,  :
                                :   21-CV-3982 (ALC) (RWL)
                    Plaintiffs, :
                                :
        - against -             :   **ORDER**
                                :
CITY OF NEW YORK et al,         :
                                :
                    Defendants. :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter motion at Dkt. 196 (and Defendants' response at Dkt. 197) concerning production of documents listed on Defendant's privilege log that the Court has ordered be produced.

1. Based on Defendants' representations in Dkt. 197, the dispute concerning some of the listed items appears to be moot. The parties shall meet and confer about the extent to which specific items are mooted.

2. With respect to Defendant's objection regarding time frame: Although the time frame is bounded to 2018-2021, those dates apply to what the City knew and what the City investigated/reviewed/inquired (concerning SROMD status and any exemption) during that time frame; documents outside that time frame shall be produced if they reflect what the City knew or did during the 2018-2021 period.

3. With respect to Defendant's objection concerning documents that fall within the category of "work permit and SROMD status," documents may not be withheld because they address both; a document shall be produced if it concerns SROMD status

(or any exemption), regardless whether the document also addresses unrelated work permit issues, and shall not be redacted except for litigation strategy if applicable.

4. If any document concerning work permit or CONH application/status reflects what the City knew or investigated/reviewed/inquired with respect to the building's SROMD status during 2018-2021, it shall be produced without redaction, except for litigation strategy if applicable.

5. Defendant shall make any additional production of privilege documents pursuant to this order by June 3, 2025.

6. If, after Defendants' additional production (if any), Plaintiff believes Defendants still have not fully complied with the Court's waiver production order, Plaintiffs shall meet and confer with Defendants and then may bring any remaining disputes to the Court's attention.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 196.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2025
       New York, New York

Copies transmitted this date to all counsel of record.