UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHELSEA HOTEL OWNER LLC et al.,                    :
                                                   :        21-CV-3982 (ALC) (RWL)
                          Plaintiffs,              :
                                                   :
        - against -                                :               **ORDER**
                                                   :
CITY OF NEW YORK et al.,                            :
                                                   :
                          Defendants.              :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

        Plaintiff's letter motion at Dkt. 221 for in camera review is granted.  By July 2, 2025,

Defendant shall submit to the Court for in camera review copies of the following listed

items from Plaintiff's Appendix 1 to Dkt. 221:  1, 2, 5, 9, 10, 11, 15, 17, 18, 22, 23, 24, 25,

28, 38, 39, 44.  For items that Defendant redacted rather than withheld in their entirety,

Defendants shall provide to the Court fully unredacted copies, and shall identify the

portions redacted either directly on the fully unredacted copies or by also providing the

redacted copies with the unredacted copies.

        The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 221.

                                SO ORDERED.

                                _____
                                ROBERT W. LEHRBURGER
                                UNITED STATES MAGISTRATE JUDGE

Dated: June 25, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1