UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
CHELSEA HOTEL OWNER LLC, et al.,

                Plaintiffs,

-against-

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------ x

1:21-cv-03982 (ALC) (RWL)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      By October 31, 2025, Defendant shall submit to the Court for in camera review copies of the following listed items from Plaintiff's Appendix A to Dkt. 221: 1 (DEF077423), 2 (DEF078302), 10 (DEF082706), and 39 (Priv-WIF-1469).

**SO ORDERED.**

Dated:   **October 28, 2025**
            **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**