USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/12/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
:
**CHELSEA HOTEL OWNER LLC et al.,**         :
:
**Plaintiffs,**         :
:
-against-         :         **1:21-cv-03982 (ALC) (RWL)**
:
**CITY OF NEW YORK et al.,**         :         **ORDER**
:
**Defendants.**         :
:
:
:
:
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On June 9, 2025, Defendant City filed a motion for summary judgement. *See* ECF No. 208. On July 21, 2025, Defendant City filed a motion objecting under Rule 72 to a discovery order issued by Magistrate Judge Robert W. Lehrburger. *See* ECF No. 228. On July 28, 2025, the Court stayed briefing on Defendant City's motion for summary judgement pending the Court's decision on the pending objection at ECF No. 228. *See* ECF No. 230. On January 12, 2026, the Court issued an Opinion and Order affirming Judge Lehrburger's ruling and overruling Defendant's objections.

Having ruled on the pending objection at ECF No. 228, the Court now addresses the issue of the remaining briefing on Defendant City's motion for summary judgement submitted at ECF No. 208. The Court hereby **DENIES** Defendant City's motion for summary judgement without prejudice. The Court grants Defendants leave to file a renewed motion for summary judgement by **January 26, 2026**. Plaintiffs' opposition brief is due by **February 16, 2026**. Defendants' reply brief is due by **April 2, 2026.**

The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 208.

**SO ORDERED.**

**Dated:** **January 12, 2026**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**