USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/15/26 _____

# KING & SPALDING

**MEMO ENDORSED**

Tel: (212) 556-2100
Fax: (212) 556-2222
www.kslaw.com

Jennifer S. Recine
Direct Dial: +1 212 556 2370
jrecine@kslaw.com

April 15, 2026

**By ECF**
The Honorable Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Chelsea Hotel Owner LLC v. City of N.Y.*, No. 1:21-CV-3982 (ALC)

Dear Judge Carter:

The Parties write jointly to request an adjournment of the April 21, 2026 10:30 AM pre-motion conference in anticipation of Plaintiff's motion to strike the Neisser and Wallace Declarations (ECF No. 270), as Plaintiff's counsel is unavailable that day. Both parties are available all day on Wednesday, April 29th. The Parties are also available May 11th, 12th, and 13th or any date thereafter convenient for the Court.

The pre-motion conference previously scheduled for 4/21 is adjourned to May 12, 2026 at 10:30 am. The Parties are reminded to appear in person.

Respectfully submitted,

/s/ Jennifer Recine
Jennifer S. Recine
*Attorney for Plaintiffs*

/s/ Amanda Ikard
Amanda Ikard
*Attorney for Defendant*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 15, 2026
New York, NY