**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
                                                              :
CHELSEA HOTEL OWNER LLC et al.,                               :
                                                              :
                                 Plaintiffs,                  :
                                                              :
                -against-                                     :          1:21-cv-03982 (ALC) (RWL)
                                                              :
CITY OF NEW YORK et al.,                                      :          **ORDER**
                                                              :
                                 Defendants.                  :
                                                              :
                                                              :
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

Today, the Court held a pre-motion conference regarding Plaintiff's anticipated motion to strike. As discussed at today's conference, the Court hereby **GRANTS** Plaintiffs leave to file a sur-reply by **May 29, 2026**. Such sur-reply should not exceed ten pages. Accordingly, Plaintiff's request for leave to file a motion to strike is **DENIED**.

**SO ORDERED.**

**Dated: May 12, 2026**
    **New York, New York**                    _____
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**