**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**CHELSEA HOTEL OWNER LLC, et al.,**

**Plaintiffs,**

**-against-**

**CITY OF NEW YORK,**

**Defendant.**

---------------------------------------------------------- x

**1:21-cv-03982 (ALC) (RWL)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

During today's scheduled oral argument on Defendant's summary judgment motion, this Court issued an oral ruling. As discussed, the Court hereby **DENIES** Defendant's motion for summary judgment. The Court finds there are multiple unresolved material factual disputes that make this case more suitable for a trial. The Court notes that Plaintiffs confirmed that of the property interest prong of the due process claim, they will be proceeding under the theory that their property interests have vested. Plaintiffs will not be proceeding under the clear entitlement theory.

The parties are **ORDERED** to submit a joint status report ("JSR") by **October 1, 2026**. The JSR should discuss any settlement efforts made in this case and should also address the parties' positions on how to proceed with the *Monell* claim at trial.

The Court hereby schedules trial to take place in this action on **November 2, 2026.** In advance of trial, the parties shall file the joint pretrial order, proposed voir dire, and proposed jury instructions by **October 13, 2026**. Any motions in *limine* shall be filed by **October 13, 2026**. Oppositions shall be filed by **October 20, 2026**. The parties should refer to the Court's Individual practices for guidance regarding other pretrial matters.

The final pretrial conference will be held on **October 27, 2026** at 4:00pm. The parties shall appear in person in Courtroom 444, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

The Clerk of Court is respectfully directed to terminate the pending gavel at ECF No. 242.

**SO ORDERED.**

**Dated:** **September 17, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**