MEMO ENDORSED

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**AMANDA IKARD**
*Assistant Corporation Counsel*
Phone: (212) 356-2163
Email: aikard@law.nyc.gov

September 24, 2026

**BY ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square, Rm. 435
New York, New York 10007

Re: Chelsea Hotel Owner LLC, et al. v. City of N.Y., et al.,
Ind. No. 21-cv-3982 (ALC)(RWL)

Your Honor:

I am an Assistant Corporation Counsel assigned to represent defendant City of New York in the above-referenced matter. I write to respectfully request that Your Honor endorse the City's schedule for exchanging the Joint Pre-Trial Order ("JPTO") and documents pursuant to Your Honor's Individual Rules of Practice and Order dated September 17, 2026, and deny plaintiffs' request for simultaneous exchange of draft proposed JPTOs or portions thereof on October 2, 2026.

On September 16, 2026, Your Honor scheduled trial to begin on November 2, 2026 and directed that the parties file the JPTO, proposed voir dire, and proposed jury instructions by October 13, 2026. The parties are unable to agree upon a schedule for the exchange of draft JPTOs so that a complete document can be filed on October 13, 2026. Plaintiffs maintain that the parties must simultaneously exchange proposed drafts of the JPTO, or at least the portions of the JPTO that contain the proposed stipulations of fact and law, witness lists, affirmative deposition designations, and exhibit lists. Plaintiffs proposed that both parties exchange these portions of the JPTO by October 2, 2026.

The City asserts that, as the party with the burden of proof, plaintiffs must provide their proposed JPTO to the City first, so that the City can respond. What stipulations of fact or law, witnesses, or exhibits the City will find necessary will largely be in response to plaintiffs' case in chief. Any draft proposed JPTO produced by the City prior to reviewing plaintiffs' would be based

upon the City's guesses about what plaintiffs' case will be, and would likely require revision after review of plaintiffs' drafts. This inefficiency prejudices the City by requiring unnecessary extra work on the document and reduces any benefit of earlier production to plaintiffs of a document that will need to be amended thereafter. In this Office's experience, it is typically the plaintiff's responsibility to provide the first draft of the JPTO to defendant for review.

The City offered to compromise by shortening the time for their own review of plaintiffs' draft JPTO to allow more time for plaintiffs to review the City's submissions prior to October 13th. However, plaintiffs were not agreeable to discussing dates, and instead indicated that if the City does not agree to simultaneous exchange of draft JPTOs they would seek a ruling from the Court on the matter.

Accordingly, because the City cannot accurately determine what witnesses, exhibits and stipulations are necessary to defend against plaintiffs' case at trial until it has the opportunity to review plaintiffs' proposed JPTO, the City respectfully requests that the Court set a schedule for the exchange of the parties' respective drafts of the JPTO as follows:

- Plaintiffs to provide their proposed JPTO and proposed paragraph to be read to the panel at voir dire to the City on October 2, 2026; and,
- The City to respond with their portions of the JPTO and any objections or comments to plaintiffs' JPTO and paragraph for the voir dire on October 8, 2026.

This schedule would permit the full JPTO to be filed on October 13, 2026, along with the other required pre-trial documents.

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Amanda Ikard
Assistant Corporation Counsel

**cc:** Attorneys of record (By ECF)

The proposed schedule is granted. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 286.

September 25, 2026

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE