**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**CHELSEA HOTEL OWNER LLC, et al.,**

**Plaintiffs,**

**-against-**

**CITY OF NEW YORK,**

**Defendant.**

---------------------------------------------------------- x

**1:21-cv-03982 (ALC) (RWL)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letters concerning Plaintiffs' proposed substitution of their damages expert at trial. *See* ECF Nos. 291-93. The parties are **ordered** to each submit a letter not to exceed three pages concerning whether FRCP 32(a)(4) could apply to this witness's testimony. Such letters are due by **October 13, 2026.** Further, the Court schedules a telephonic conference for **October 16, 2026** at **2:00pm.** The parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date and time specified above.

**SO ORDERED.**

**Dated:** **October 7, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**