**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CHELSEA HOTEL OWNER LLC, et al.,**

**Plaintiffs,**

**-against-**

**CITY OF NEW YORK,**

**Defendant.**

**1:21-cv-03982 (ALC) (RWL)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter, requesting leave to file under seal pages 20 through 23 of Exhibit 1 to Plaintiffs' October 13, 2026, letter concerning the applicability of Federal Rule of Civil Procedure 32(a)(4) to deposition testimony of Plaintiffs' damages expert. The redacted section of Exhibit 1 does not appear to be a judicial document, nor is it relevant to the determination of Federal Rule of Civil Procedure 32(a)(4)'s applicability. Even if it is a judicial document, after balancing the "value of public disclosure" against "countervailing factors," the potential harm to non-parties outweighs the presumption of access. *Bernstein v. Bernstein Litowitz Berger & Grossmann LLP*, 814 F.3d 132, 143 (2d Cir. 2016). The Court additionally considers the qualified First Amendment right to access, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), and finds there is none. Plaintiffs' request is hereby **GRANTED**. The unredacted version of Exhibit 1 at ECF. No. 303 will remain under seal until further order by the Court. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 300.

**SO ORDERED.**

**Dated:** **October 14, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**