**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHELSEA HOTEL OWNER LLC, et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**CITY OF NEW YORK,**<br><br>**Defendant.** | **1:21-cv-03982 (ALC) (RWL)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

During today's scheduled telephonic conference, the Court heard the parties' positions on Plaintiffs' request to substitute their damages witness. As discussed, the Court hereby **ORDERS** the parties to submit a joint status report ("JSR") by **October 20, 2026**. The JSR should include the parties' positions on Plaintiffs soliciting direct testimony via affidavit, video deposition, or virtual testimony. Parties should also include their positions on the use of Mr. George Fink's deposition testimony as a substitute for live cross-examination. The JSR should specify the dates from October 2026 through November 2026 when Mr. Fink has prepaid travel plans and will be out of the country. Plaintiffs should also clarify whether Mr. Fink is available to testify via any of the alternative means this Court has proposed. If he is available for virtual testimony, Plaintiffs should provide Mr. Fink's specific availability.

**SO ORDERED.**

**Dated:** **October 16, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**