**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHELSEA HOTEL OWNER LLC et al.,**<br>**Plaintiffs,**<br>**-against-**<br>**CITY OF NEW YORK et al.,**<br>**Defendants.** | **1:21-cv-03982 (ALC) (RWL)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

By letter dated October 28, 2026, the parties in this action answered questions posed by the Court regarding the final policymaking authority, if any, of Andrew Wallace, Martin Rebholz, and Martha Ann Weithman. ECF No. 340. After review, the Court hereby **ORDERS** the parties to submit a joint letter by **October 30, 2026, at 11:00am** with the following information:

(1) The date that the Chelsea Hotel's single room occupancy status was changed in the Building Information System.

(2) The date the City issued a notice of intent to revoke the building permit.

(3) The date the City issued a Stop Work Order ("SWO").

(4) The date(s) the City modified/partially lifted the SWO.

(5) The date the City fully lifted the SWO.

(6) Martin Rebholz's job title(s) during each of these events.

(7) Whether Mr. Rebholz's deposition testimony at page 24, lines 13–18, is correct.

The Court will also conduct a telephonic status conference in this action **tomorrow, October 30, 2026,** at **2:30pm**. All parties should contact the Court at **1-855-244-8681** (access

code: 2305 370 0226#) at the date and time specified above.

**SO ORDERED.**

**Dated: October 29, 2029**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**