**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**CHELSEA HOTEL OWNER LLC et al.,**

**Plaintiffs,**

**-against-**

**CITY OF NEW YORK et al.,**

**Defendants.**

---

**1:21-cv-03982 (ALC) (RWL)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at today's status conference, the Court has found that Plaintiffs failed to carry their burden to show that Martin Rebholz, Andrew Wallace, and Martha Ann Weithman are final policymakers for the matters at issue in this case. As such, the trial previously scheduled to start on November 2, 2026, is hereby **ADJOURNED** without a date.

The Court will conduct a status conference in this action on **November 5, 2026, at 2:00pm**. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above. The parties should meet and confer prior to the status conference to discuss how the case should proceed.

**SO ORDERED.**

**Dated: October 30, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**