**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHELSEA HOTEL OWNER LLC et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**CITY OF NEW YORK,**<br><br>**Defendant.** | **1:21-cv-03982 (ALC) (RWL)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Today, the Court held a status conference on how this case should proceed following the Court's Order and Opinion regarding final policymakers. ECF No. 347. As discussed, the Court hereby **ORDERS** Defendant to submit affidavits by **November 9, 2026**, on any written delegations of final policymaking authority from the Department of Buildings Commissioner and the Department of Housing Preservation and Development Commissioner regarding permit revocations, stop work orders, and SROMD designations. The Court further **ORDERS** the parties to submit a joint status report by **November 10, 2026**, detailing what discovery will be sought on the custom and usage of final policymaking authority delegations. The Court also **ORDERS** the parties to meet and confer and submit a joint status report by **November 13, 2026**, on discovery regarding communications to and from potential final policymakers on the Chelsea Hotel. Finally, the Court **ORDERS** the parties to submit a joint status report by **November 23, 2026**, on settlement negotiations.

**SO ORDERED.**

**Dated: November 5, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**