**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CHELSEA HOTEL OWNER LLC et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**CITY OF NEW YORK,**<br><br>**Defendant.** | **1:21-cv-03982 (ALC) (RWL)**<br><br>**<u>ORDER SETTING STATUS CONFERENCE</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will hold a status conference in this case on **December 10, 2026, at 3:00pm** regarding limited discovery on those with potential final policymaking authority. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above.

The Clerk of Court is directed to terminate the letter motion at ECF No. 360.

**SO ORDERED.**

Dated: November 23, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**